THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANSSEN CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, a Connecticut company; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; DOE Travelers entity 1, a Connecticut Company; DOE Travelers entity 2, a Connecticut Company; DOE Travelers entity 3, a Connecticut Company; FARMINGTON CASUALTY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut company; and TRAVELERS PROPERTY CASUALTY CORP., a Connecticut company,<br><br>Defendants. | No.: 2:21-cv-00295-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE |

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## STIPULATION

Plaintiff Franssen Condominium Association of Apartment Owners and Defendants Aetna Casualty and Surety Company of Illinois, Country Mutual Insurance Company, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, Travelers Casualty and Surety Company, and Travelers Property Casualty Corp., by and through their respective counsel, agree that Defendants shall have until May 28, 2021 to file an Answer or otherwise respond to Plaintiff's Complaint. Plaintiff and Defendants further agree that in so extending this deadline, neither Plaintiff nor Defendants waive any rights, claims, or defenses in this action.

DATED this 13th day of May 2021.

| | |
|---|---|
| HOUSER LAW, PLLC<br><br>By: */s/ Daniel S. Houser*<br>Daniel S. Houser, WSBA #32327<br>dan@dhouserlaw.com<br><br>Attorneys for Plaintiff Franssen Condominium Association of Apartment Owners | BETTS, PATTERSON & MINES, P.S.<br><br>By: */s/ Daniel L. Syhre*<br>Daniel L. Syhre, WSBA #34158<br>dsyhre@bpmlaw.com<br><br>Attorneys for Defendant Country Mutual Insurance Company |
| BULLIVANT HOUSER BAILEY, PC<br><br>By: */s/ Daniel R. Bentson*<br>Daniel R., Bentson, WSBA #36825<br>daniel.bentson@bullivant.com<br><br>Attorneys for Defendants Aetna Casualty and Surety Company of Illinois, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, Travelers Casualty and Surety Company, and Travelers Property Casualty Corp. | |

STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE
NO.: 2:21-CV-00295-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1 | IT IS SO ORDERED this 14th day of May, 2021

2

3 | *Barbara J. Rothstein*
_____
THE HONORABLE BARBARA J. ROTHSTEIN

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930