UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANSSEN CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, a Connecticut company; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; DOE Travelers entity 1, a Connecticut Company; DOE Travelers entity 2, a Connecticut Company; DOE Travelers entity 3, a Connecticut Company; FARMINGTON CASUALTY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut company; and TRAVELERS PROPERTY CASUALTY CORP., a Connecticut company,<br><br>Defendants. | No.: 2:21-cv-00295-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS
NO.: 2:21-CV-00295-BJR

PAGE 1

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

## STIPULATION

Plaintiff Franssen Condominium Association of Apartment Owners and Defendants Aetna Casualty and Surety Company of Illinois ("Aetna"), Country Mutual Insurance Company ("Country"), Farmington Casualty Company ("Farmington"), The Travelers Indemnity Company ("TIC"), The Travelers Indemnity Company of America ("TICA"), Travelers Casualty and Surety Company ("TCSC"), and Travelers Property Casualty Corp. ("TPCC"), by and through their respective counsel, stipulate and agree that:

1. Plaintiff may file an amended complaint to add claims under the Insurance Fair Conduct Act ("IFCA') and related claims, withdraw its claim under Policy No. I-680-467L2261-IND-02 issued by TICA and TIC, with a policy period in effect between February 7, 2002 and February 7, 2003 (the "2002 Policy"), and correct its allegations regarding policies issued by Aetna, Farmington, TIC, TICA, TSCS, TPCC (together, the "Travelers Defendants") and/or their affiliates;;
2. The deadline to file amended pleadings should be extended from July 12 to July 21, 2021;
3. The nine-day extension of the deadline to amend pleadings is supported by good cause, as explained below.

On March 5, 2021, the Association filed this lawsuit against Country and the Travelers Defendants.

Since the time of filing, the parties have continued to exchange correspondence clarifying their positions on various issues.

On June 24, 2021, the Association sent the third of a series of IFCA letters to Country alleging that it unreasonably denied coverage.

On June 29, 2021, the Association sent an IFCA letter to the Travelers Defendants alleging an unreasonable denial of coverage and violations of Washington claim-handling standards. In the same letter, the Association conceded that there is no coverage for its claim

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS
NO.: 2:21-CV-00295-BJR

PAGE 2

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

under the 2002 Policy. Thus, the Association is withdrawing its claim under the 2002 Policy, and will amend its Complaint accordingly.

By July 19, the 20-day notice period under IFCA will have expired, allowing the Association to amend its complaint to add an IFCA claim.

Plaintiff believes that by July 21, 2021, it can file an Amended Complaint that includes allegations of IFCA violations, a withdrawal of the claims under the 2002 Policy, and clarification regarding its claims against the Travelers Defendants and/or their affiliates.

A very brief nine-day extension of the deadline to amend pleadings will allow the Association to describe the Defendants' denials, identify the reasons for the denials, and plead IFCA and related claims. Given the recent IFCA correspondence, good cause exists to support a brief nine-day extension of the deadline to amend pleadings.

DATED this 7th day of July 2021.

| HOUSER LAW, PLLC | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By: /s/ Daniel S. Houser<br>Daniel S. Houser, WSBA #32327<br>dan@dhouserlaw.com<br><br>Attorneys for Plaintiff Franssen Condominium Association of Apartment Owners | By: /s/ Daniel L. Syhre<br>Daniel L. Syhre, WSBA #34158<br>dsyhre@bpmlaw.com<br><br>Attorneys for Defendant Country Mutual Insurance Company |
| BULLIVANT HOUSER BAILEY, PC<br><br>By: /s/ Daniel R. Bentson<br>Daniel R., Bentson, WSBA #36825<br>daniel.bentson@bullivant.com<br><br>Attorneys for Defendants Aetna Casualty and Surety Company of Illinois, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, Travelers Casualty and Surety Company, and Travelers Property Casualty Corp. | |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS
NO.: 2:21-CV-00295-BJR

PAGE 3

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

BASED UPON THE PARTIES' STIPULATION, WHICH ESTABLISHES GOOD CAUSE, THE COURT HEREBY EXTENDS THE DEADLINE TO FILE AMENDED PLEADINGS FROM JULY 12 TO JULY 21, 2021. PLAINTIFF MAY FILE AN AMENDED COMPLAINT PER THE PARTIES STIPULATION ON OR BEFORE JULY 21, 2021.

IT IS SO ORDERED this 7th day of July 2021.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN

4819-2869-4769.1

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS
NO.: 2:21-CV-00295-BJR

PAGE 4

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810