THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANSSEN CONDOMINIUM
ASSOCIATION OF APARTMENT
OWNERS, a Washington non-profit
corporation,

Plaintiff,

v.

COUNTRY MUTUAL INSURANCE
COMPANY, an Illinois company;
FARMINGTON CASUALTY COMPANY, a
Connecticut company; THE TRAVELERS
INDEMNITY COMPANY, a Connecticut
company; THE TRAVELERS INDEMNITY
COMPANY OF AMERICA, a Connecticut
company; and TRAVELERS CASUALTY
INSURANCE COMPANY OF AMERICA, a
Connecticut company,

Defendants.

No.: 2:21-cv-00295-BJR

STIPULATED MOTION CONTINUING
PRETRIAL DEADLINES

## **STIPULATION**

Due to complications arising from the COVID-19 Pandemic, Plaintiff Franssen
Condominium Association of Apartment Owners and Defendants Country Mutual Insurance
Company, Farmington Casualty Company, The Travelers Indemnity Company, The
Travelers Indemnity Company of America, and Travelers Casualty Insurance Company of
America (collectively, the "Parties") respectfully request a short extension of certain case

STIPULATED MOTION CONTINUING PRETRIAL DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

deadlines in this lawsuit.  The requested extensions should not impact the trial date.

Plaintiff retained Jens Johanson and/or Jim Kessler of J2 Building Consultants as an expert regarding damage, causation, and repairs.  Plaintiff recently advised Defendants that both Mr. Johanson and Mr. Kessler are recovering from COVID-19 and, thus, need additional time to comply with the current expert disclosure deadline.  As a result, the Parties do not anticipate being able to meet the current discovery deadlines set by the Order Setting Trial Dates and Related Dates (Dkt. 24).  To ensure adequate time and opportunity for the Parties to conduct sufficient discovery without endangering the health of themselves, their employees, attorneys, and the public at large, the Parties jointly request a short continuance of certain pretrial deadlines.

Due to the above facts, the Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines.  The Parties do not believe that their requested changes to pretrial deadlines will require rescheduling the trial.

Consequently, the Parties, through their counsel, stipulate to the following proposed extensions of the deadlines in the Court's Order Setting Trial Dates and Related Deadlines (Dkt. 24):

| Event | Original Deadline | New Deadline |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | November 22, 2021 | December 6, 2021 |
| Rebuttal expert disclosures | None | January 5, 2022 |
| Expert deposition cutoff | None | February 4, 2022 |
| Dispositive motion cutoff | January 21, 2022 | February 11, 2022 |
| Discovery completed by | December 22, 2021 | February 25, 2022 |
| All motions *in limine* must be filed by | May 16, 2022 | May 16, 2022 |
| Joint Pretrial Statement | May 23, 2022 | May 23, 2022 |

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| Pretrial conference | June 6, 2022 | June 6, 2022 |
| Jury Trial Date | June 20, 2022 | June 20, 2022 |
| Length of Jury Trial | 7-10 days | 7-10 days |

DATED this 29th day of November, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION CONTINUING PRETRIAL DEADLINES      PAGE 3
NO.: 2:21-CV-00295-BJR

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930