THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANSSEN CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; FARMINGTON CASUALTY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut company,<br><br>Defendants. | No.: 2:21-cv-00295-BJR<br><br>STIPULATED MOTION FOR CONTINUING PRETRIAL LITIGATION DEADLINES |

Because of additional complications arising from the COVID-19 Pandemic, Plaintiff Franssen Condominium Association of Apartment Owners and Defendants Country Mutual Insurance Company, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, and Travelers Casualty Insurance Company of America (collectively, the "Parties") respectfully request a short extension of certain case deadlines.

STIPULATING FOR CONTINUING LITIGATION DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1     The Parties previously encountered complications arising from the COVID-19 Pandemic. Accordingly, at the Parties' request, the Court granted a short continuance of certain pretrial deadlines.[1]

    Since then, the parties have faced additional complications. A member of the law firm representing Plaintiff recently tested positive for COVID-19. Counsel for Plaintiff informed counsel for Defendants that this has interfered with Plaintiff's ability to timely respond to interrogatories and requests for production from the Travelers Defendants to Plaintiff. Given the circumstances, Plaintiff and the Travelers Defendants agreed to an extended deadline of January 6, 2022, for Plaintiff's discovery responses, as well as for discovery responses from the Travelers Defendants to Plaintiff. That extended deadline, however, is after the current January 5, 2022, deadline for rebuttal expert disclosures.

    In light of the circumstances, and to permit consideration of what is provided through the discovery responses for potential rebuttal expert disclosures, the Parties stipulate to the following proposed extension of the rebuttal expert disclosure deadline and related deadlines thereafter in the current case schedule[2]:

---

[1] Dkt 34.

[2] Dkt 34.

|  | Current Deadline | New Deadline |
|---|---|---|
| Rebuttal expert disclosures | January 5, 2022 | January 14, 2022 |
| Expert deposition cutoff | February 4, 2022 | February 10, 2022 |
| Dispositive motion cutoff | February 11, 2022 | February 18, 2022 |
| Discovery completed by | February 25, 2022 | February 25, 2022 |
| All motions in limine must be filed by | May 16, 2022 | May 16, 2022 |
| Joint Pretrial Statement | May 23, 2022 | May 23, 2022 |
| Pretrial conference | June 6, 2022 | June 6, 2022 |
| Jury Trial Date | June 20, 2022 | June 20, 2022 |
| Length of Jury Trial | 7-10 days | 7-10 days |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines, set out above. The Parties do not believe that their requested changes will require rescheduling the trial.

It is so ordered.

DATED: January 5, 2022

_____
THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATING FOR CONTINUING LITIGATION DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that January 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Daniel S. Houser<br>HOUSER LAW, PLLC<br>1325 Fourth Avenue, Suite 1650<br>Seattle, WA 98101<br>Telephone: (206) 427-9172<br>Email: dan@dhouserlaw.com<br>shelly@dhouserlaw.com<br><br>*Attorney for Plaintiff Franssen Condominium Association of Apartment Owners* | Daniel L. Syhre<br>BETTS, PATTERSON & MINES, P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, WA 98101<br>Telephone: (206) 292-9988<br>Email: dsyhre@bpmlaw.com<br><br>*Attorneys for Defendant County Mutual Insurance Company* |

*Genevieve Schmidt*
Genevieve Schmidt, Legal Assistant

STIPULATING FOR CONTINUING LITIGATION DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930