|   |   |
|---|---|
| | THE HONORABLE BARBARA J. ROTHSTEIN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANSSEN CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,

   Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; FARMINGTON CASUALTY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut company,

   Defendants.

No.: 2:21-cv-00295-BJR

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES

## **STIPULATION**

Plaintiff's counsel, Daniel S. Houser, was infected[1] with COVID in late December.

---

[1] Mr. Houser was fully vaccinated, boosted, and working from home. Nevertheless, through no fault of his own, he contracted COVID from his 14-year-old daughter, who was infected at basketball practice despite wearing a mask and being fully vaccinated.

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 1

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

Mr. Houser believes that he is now fully recovered from COVID, but during his convalescence he was not able to prepare for, take, or defend depositions in this matter. The parties have exchanged some written discovery, expert reports, and rebuttal expert reports. But because of COVID-related delays, the parties need more time to take depositions and then file motions for summary judgment regarding damage, causation, timing of damage, and the correct interpretation of policy language and Washington law. Extending the trial date and related deadlines will allow time for depositions and summary judgment motions, which will clarify and define the issues for trial.

In addition, the Association and Country Mutual are attempting to schedule a mediation to discuss settlement possibilities. Extending the trial date and related deadlines will allow time for a mediation before the parties incur substantial costs and fees for depositions and motion practice.

Therefore, Plaintiff Franssen Condominium Association of Apartment Owners and Defendants Country Mutual Insurance Company, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, and Travelers Casualty Insurance Company of America (collectively, the "Parties") respectfully request that the trial date, and related pretrial deadline dates, be extended. The parties have agreed upon and propose the following dates:

| Event: | Current Deadline: | New Deadline: |
|---|---|---|
| Expert depositions: | Feb. 10, 2022 | May 13, 2022 |
| All dispositive motions must be filed by | Feb. 18, 2022 | May 24, 2022 |
| Discovery Completed by: | Feb. 25, 2022 | May 27, 2022 |
| All motions in limine must be filed by: | May 16, 2022 | August 22, 2022 |
| Joint Pretrial Statement | May 23, 2022 | August 29, 2022 |
| Pretrial conference | June 6, 2022 | September 12, 2022 |
| Trial | June 20, 2022 | September 26, 2022 |

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 2

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

Respectfully submitted this 21st day of January, 2022.

| HOUSER LAW, PLLC | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By: /s/ Daniel S. Houser<br>Daniel S. Houser, WSBA #32327<br>dan@dhouserlaw.com<br><br>*Attorneys for Plaintiff Franssen Condominium Association of Apartment Owners* | By: /s/ Daniel L. Syhre<br>Daniel L. Syhre, WSBA #34158<br>dsyhre@bpmlaw.com<br><br>*Attorneys for Defendant Country Mutual Insurance Company* |
| **BULLIVANT HOUSER BAILEY, PC**<br><br>By: /s/ Daniel R. Bentson<br>Daniel R., Bentson, WSBA #36825<br>daniel.bentson@bullivant.com<br><br>*Attorneys for Defendants Aetna Casualty and Surety Company of Illinois, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, Travelers Casualty and Surety Company, and Travelers Property Casualty Corp.* | |

BASED UPON THE PARTIES' STIPULATION, WHICH ESTABLISHES GOOD CAUSE, THE COURT HEREBY EXTENDS THE DEADLINES OUTLINED ABOVE. THE COURT GRANTS AND INCORPORATES THE PROPOSED DATES BY THE PARTIES AND THIS ORDER SHALL SUPERSEDE DOCKET NO. 36. ADDITIONALLY, THE TRIAL IN THIS MATTER IS HEREBY CONTINUED FROM JUNE 20 2022 TO SEPTEMBER 26, 2022.

DATED this 27th day of January, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

4

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 3

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810