THE HONORABLE BARBARA J. ROTHSTEIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE**

| | |
|---|---|
| FRANSSEN CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation, | No. 2:21-cv-00295-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; FARMINGTON CASUALTY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; and TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut company, | |
| Defendants. | |

1

## I.   **STIPULATION**

2

Plaintiff Franssen Condominium Association of Apartment Owners ("the

3

Association") and Defendants Country Mutual Insurance Company, Farmington Casualty

4

Company, the Travelers Indemnity Company, the Travelers Indemnity Company of America,

5

and Travelers Casualty and Surety Company (collectively "the Parties") jointly move the

6

Court for an order setting a new trial date and new pre-trial deadlines.  The Parties believe that

7

good cause warrants a continuance here because: (1) complications arising from COVID-19

8

have previously delayed the Parties' timely completion of discovery (*see Dkts. 33, 35, 37*);

9

(2) in April 2022, the Association retained new co-counsel to assist in, among other things,

10

the completion of discovery (*see Dkt. 40*); (3) the Association's new counsel required time to

11

familiarize themselves with the facts and issues in the case; (4) shortly after the appearance of

12

new counsel, the parties conferred to develop a plan to timely complete the discovery process,

13

during which the parties collectively identified 15 depositions to be taken; and (5) the

14

currently-scheduled trial date conflicts with the pretrial deadlines and other trial preparation

15

scheduled in a long-pending case being handled by the Association's new counsel.  The Parties

16

therefore respectfully ask that the Court move the trial and pre-trial deadlines to the following:

17

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Deadline to Take Expert Depositions | May 13, 2022 | July 22, 2022 |
| Deadline to File All Dispositive Motions | May 24, 2022 | August 2, 2022 |
| Discovery Cutoff | May 27, 2022 | August 5, 2022 |
| Deadline to File Motions in Limine | August 22, 2022 | October 31, 2022 |

18

19

20

21

22

23

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND PRE-TRIAL DEADLINES - 2

**CASE NO. 2:21-cv-00295-BJR**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

| | | |
|---|---|---|
| Deadline to File Joint Pretrial Statement | August 29, 2022 | November 7, 2022 |
| Pretrial Conference | September 12, 2022 | November 21, 2022 |
| Trial Date | September 26, 2022 | December 5, 2022 |

DATED THIS 5th day of May, 2020.

HARPER | HAYES PLLC

By: s/ *Thomas M. Williams*
 Todd C. Hayes, WSBA No. 26361
 Thomas M. Williams, WSBA No. 47654
 600 University Street, Suite 2420
 Seattle, WA 98101
 (206)-340-8010
 todd@harperhayes.com
 twilliams@harperhayes.com
 Attorneys for Plaintiff

HOUSER LAW, PLLC

By: s/ *Daniel S. Houser*
 Daniel S. Houser, WSBA 32327
 1325 4th Ave, Suite 1650
 Seattle, WA 98101
 (206) 962-5810
 dan@dhouserlaw.com
 Attorneys for Plaintiff

BETTS PATTERSON & MINES

By: s/ *Daniel L. Syhre*
 Daniel L. Syhre, WSBA No. 34158
 701 Pike Street, Suite 1400
 Seattle, WA 98101
 (206)292-9988
 dsyhre@bpmlaw.com
 Attorneys for Defendant Country Mutual
 Insurance Company

BULLIVANT HOUSER BAILEY PC

By: s/ *Daniel R. Bentson*
 Daniel R. Bentson, WSBA No. 36825
 Owen R. Mooney, WSBA No. 45779
 925 Fourth Ave, Suite 3800
 Seattle, WA 98104
 (206) 292-8930
 dan.bentson@bullivant.com
 owen.mooney@bullivant.com
 Attorneys for Defendants Farmington
 Casualty Company, The Travelers
 Indemnity Company, The Travelers
 Indemnity Company of America and
 Travelers Casualty Insurance
 Company of America

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND PRE-TRIAL DEADLINES - 3

CASE NO. 2:21-cv-00295-BJR

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

## II.   ORDER

Based on the above Stipulation, it is ordered that the new trial date and pre-trial deadlines are the following:

| Event | New Date |
|---|---|
| Deadline to Take Expert Depositions | July 22, 2022 |
| Deadline to File All Dispositive Motions | August 2, 2022 |
| Discovery Cutoff | August 5, 2022 |
| Deadline to File Motions in Limine | October 31, 2022 |
| Deadline to File Joint Pretrial Statement | November 7, 2022 |
| Pretrial Conference | November 21, 2022 |
| Trial Date | December 5, 2022 |

DATED this 11th day of May, 2022.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND PRE-TRIAL DEADLINES - 4

CASE NO. 2:21-cv-00295-BJR

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010