THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANSSEN CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company; FARMINGTON CASUALTY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY, a Connecticut company; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut company,

    Defendants.

No.: 2:21-cv-00295-BJR

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES

Plaintiff Franssen Condominium Association of Apartment Owners and Defendants Country Mutual Insurance Company, Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, and Travelers Casualty Insurance Company of America (collectively, the "Parties") respectfully request a short, 14-day extension of certain pretrial deadlines in this lawsuit.  The requested extension should

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES
NO.: 2:21-CV-00295-BJR
PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

not impact the trial date.

Difficulties with scheduling depositions, including expert depositions, have led to a limited amount of time between these depositions and the deadline to file dispositive motions and motions under *Daubert* and its progeny. To accommodate witness schedules, and allow for more adequate time to complete key depositions and prepare any applicable motions, the Parties stipulate to the following 14-day extension of certain pretrial case deadlines:[1]

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to Take Expert Depositions | July 22, 2022 | August 5, 2022 |
| Deadline to File All Dispositive Motions | August 2, 2022 | August 16, 2022 |
| Discovery completed by | August 5, 2022 | August 19, 2022 |
| All motions *in limine* must be filed by | October 31, 2022 | No change |
| Joint Pretrial Statement | November 7, 2022 | No Change |
| Pretrial conference | November 21, 2022 | No Change |
| Jury Trial Date | December 5, 2022 | No Change |
| Length of Jury Trial | 7-10 days | No Change |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines, set out above. The Parties do not believe that their requested changes will require rescheduling the trial.

DATED: July 12, 2022

| | |
|---|---|
| HARPER HAYES PLLC | BETTS, PATTERSON & MINES, P.S. |
| By: s/ Todd C. Hayes<br>Todd C. Hayes, WSBA #26361<br>Thomas M. Williams, WSBA #47654<br>todd@harperhayes.com<br>twilliams@harperhayes.com | By: s/ *Daniel L. Syhre*<br>Daniel L. Syhre, WSBA #34158<br>dsyhre@bpmlaw.com<br><br>Attorneys for Defendant Country Mutual Insurance Company |

---

[1] Dkt 42.

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | |
|---|---|
| HOUSER LAW, PLLC<br><br>By: s/ Daniel S. Houser<br>Daniel S. Houser, WSBA #32327<br>dan@dhouserlaw.com<br><br>Attorneys for Plaintiff Franssen Condominium Association of Apartment Owners | |
| BULLIVANT HOUSER BAILEY PC<br><br>By: s/ Daniel R. Bentson<br>Daniel R., Bentson, WSBA #36825<br>daniel.bentson@bullivant.com<br><br>Attorneys for Defendants Farmington Casualty Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, and Travelers Casualty Insurance Company of America | |

IT IS SO ORDERED this 18th day of July, 2022.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

4858-9885-6489.1

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES
NO.: 2:21-CV-00295-BJR

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930